D. Conn. /NHCT
02cv1270
Squatrito, J.

# MANDATE

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the _12th_ day of _October_ two thousand four,

Present:

> Hon.  Pierre N. Leval,
> Hon.  Robert A. Katzmann,
> *Circuit Judges,*
> Hon.  J. Garvan Murtha*
> *District Judge.*



FILED
OCT 1 2 2004
Roseann B. MacK hnis CLERK
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

_____

*In re* Tyrone P. Grant,

              Petitioner.                        04-1024-op

_____

Petitioner, *pro se*, petitions this Court for a writ of mandamus.  Petitioner has also filed a motion for leave to proceed *in forma pauperis*.  Upon due consideration, it is ORDERED that leave to proceed *in forma pauperis* is granted for the purpose of permitting this petition for a writ of mandamus to be filed.  It is further ORDERED that the writ of mandamus is denied.  There are no extraordinary circumstances sufficient to justify the grant of mandamus relief.  *See In re United States*, 733 F.2d 10, 13 (2d Cir. 1984).

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By _Lucille Carr_
Deputy Clerk

_____

    * The Honorable J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.

ISSUED AS MANDATE 10:12:04