*[Handwritten:]* District of Connecticut (New Haven)
02-cv-1270
Squatrito, J.

*[Stamp:]* MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

   At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 12th day of October, two thousand four.

Present:   HON. PIERRE N. LEVAL,
           HON. ROBERT A. KATZMANN,
                   *Circuit Judges,*
           HON. J. GARVAN MURTHA*
                   *District Judge.*



*[Stamp: UNITED STATES COURT OF APPEALS FILED OCT 12 2004 SECOND CIRCUIT]*

TYRONE P. GRANT,

   *Plaintiff-Appellant,*

   - v -                                         No. 03-7147

A. DABROWSKI, JUDGE; J. BLUE, JUDGE,

   *Defendants-Appellees.*

*[Stamp: U.S. DISTRICT COURT NEW HAVEN CT  2004 DEC 13 P 2:22  FILED]*

Submitted for Plaintiff-Appellant:      TYRONE P. GRANT, pro se
                                        New Haven, Ct.

Submitted for Defendants-Appellees:     MAUREEN D. REGULA, Esq.
                                        Attorney General's Office
                                        State of Connecticut

---

   * The Honorable J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.

*[Handwritten:]* — Issued as mandate: 12.6.04 —

Hartford, Ct.

Appeal from the United States District Court for the District of Connecticut (Squatrito, J.).

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be, and hereby is **AFFIRMED** for substantially the reasons stated by the District Court in its thorough decision, *Grant v. Dabrowski*, No. 02 CV 1270, (D. Conn. Dec. 10, 2002).

FOR THE COURT:
ROSEANN B. MacKECHNIE, CLERK
By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *Sheri J. Belmeau*