UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TYRONE P. GRANT | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02-CV-01270 (DJS) |
| | : | |
| v. | : | |
| | : | |
| HON. A. DABRAWSKI, ET AL. | : | |
| *Defendants* | : | January 5, 2006 |

## APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Robert J. Deichert, Assistant Attorney General, in the above-captioned case on behalf of Defendant the Honorable J. Blue.

                                            DEFENDANT

                                            HON. J. BLUE

                                            RICHARD BLUMENTHAL
                                            ATTORNEY GENERAL

BY: _____
                   Robert J. Deichert
                   Assistant Attorney General
                   Federal Bar Number CT24956
                   55 Elm Street
                   P.O. Box 120
                   Hartford, CT 06141-0120
                   Tel.: (860) 808-5020
                   Fax: (860) 808-5347
                   Robert.Deichert@po.state.ct.us

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, this 5th day of January, 2006 to:

Tyrone P. Grant
Inmate # 109727
Connecticut Valley Hospital
PO Box 351, Silver Street
Battel 4 South
Middletown, CT 06457

Tyrone P. Grant
Inmate # 109727
New Haven Correctional Center
245 Whalley Ave.
New Haven, CT 06511

U.S. Court of Appeals
Office of the Clerk
U.S. Courthouse
Foley Square
New York, NY 10007

                                                   _____
                                                 Robert J. Deichert
                                                 Assistant Attorney General