**※ Attention District Court**

**※※ Clerk Plaintiff Request**

Judicial Supervisor Intervention
because of Conflict of Interest

※ Chief Judge Covello to be Notified A.S.A.P ※
Plaintiff Requests this case be (Stated) until ※
New Judge Appointed or Issue Resolved
of Court order for defendants to show cause (Why)
Writ. Not Returned to court In hartford As Required by Rule (4)

※ 116 CONN 29 ] default Neglect within statute ] Clear Convincing Evidence
of material misRepresentation ] Judge (DJS) Is A willful Participant ] ※
by Law my case cannot be dismissed 268 CONN 541 ] Case Fixing clearly Exists ※
Tyrone Grant Is Not getting A fair trial ] direct violation of
the State of Conn open court Provision Const. Art. 10, Sec 1 ] clearly

※ Notify the Senior Chief Judge For Immediate Action Please
Respectfully Submitted Thankyou Sincerly I Remain

Tyrone Grant   Jan 11,0,6   NHCC 245 whalley AVE
                            109727 # F,R,1 2

9 pages

# U.S. District Court

Tyrone Grant V. Dabrowski  3:02-cv-01270(DJS)

FILED 2006 JAN 27  Jan 1/06

Plaintiff. Demands Supervisor Intervention] stay the proceeding
* Conflict of Interest is now fully Raised. Judge D. Segnitrio ***
* Has direct Personal Knowledge of disputed Evidentiary matter before the
* Court] he has engaged in conduct thats a violation of Judicial Conons
And Laws of State of Conn] is engaged in conduct that is Prejudicial to the
Impartial Administration of Justice] which brings his office in disrepute
* Factual basis for disqualification] of this case] Illegality Not Authorized
by Law] Unlawful conduct] the district court has exercised domination and control
over the procedure] in question] the writ not returned to the court in Hartford
* is manegerial in nature] A direct violation of open court provision] As alleged
* Const Art 10. Sec 1] All courts are to be open] As A matter of Law] this court is Not open
Case fixing alleged Judge D. Segnitrio (was) Predisposed to Rule against Ty-Grant *
Enerror] demonstrating A willful and Persistent failure to perform] then and now] this
Proceeding] Incompetent Performance of his duties to uphold the Law and the Constitution
* Intentional failure to issue mandamus order for defendant to show cause why *
the writ not returnal to the court] is A conflict of interest] the Judges is acting in A
* direct manner] Proved which give Appearance of Impropriety] constitutes unfavorable
Judicial Practice] contrary to Law] the Integrity] of this Judicial proceeding is called into *
* question] A demand for A New Judge] in the Interest of Fairness And Justice constructive
In light of Pertinent facts] Case Law 116 CONN 29] 268 CONN 547] Specific Statute 2347 **
Not Adhered to by this Court] the Court cannot] Creat New substantive Rights to defendants which
Are otherwise unavailable] Cannot Create Exception Not Provided by Law] Has Failed to
* Issue Mandamus Court Show Cause Order] Ty-Grant Cause of Action] flagrantly denied *

9 pages

# U.S. District Court, District of CONN.

TYRONE Grant, V. Dabrowski, et al.    3:02-cv-01270(DJS)

Jan. 11, 06

Plaintiff motion [In support of Relief sought as a matter of Law]

(1) this motion pleads Illegality [State Action] as unlawful. Expressally
* Set forth Fed. R. Civ. Proc. 8(c) which collaterally estopped defendants from pleading a defense] a obligation to specifically] Answer why the Rule(4)
* Writ. was not returned to District court at Hartford] to answer why the defendant Dabrowski [in default] failed to answer complaint] Rule 55 (A)(B)
* Pursuant to Sec 23-48] this motion is directly addressed to District court *
* As a matter of law] to compell all defendants to answer] or default to be entered As Alleged District Chief court clerk K. Rowe] Violated public trust] Violated
* Plaintiff const. rights to due process] C.G.S 10-151] A inherent deprivation of due process
* Rowe. Had the requisit knowledge As did defendants] further logic to the Alleged *
* Setting up of conditions in Hartford District court] As obstruction of Justice Alleged *
* the District court in error dismissed the case] A miscarriage of Justice] the Lawless State Action] And court error Is prejudicial mean more than (not) the Fraud tainted Its decision] F.R.Civ P. Rule 52(A) 28 USCA) the District court legal *
* Analysis was infected with legal error] Strong case law] legal proceedent cited *
* 176 CONN 29] Rule (4) Rule 55 (A)(B) dictate a compelling reason for court to change course *
* Error in proceeding 268 CONN 54] this case has failed to be tried on its merits because of insufficient service of process] by corruption] Clerk tampering] with marshals writ *
that is to be returned to the court] (cannot) be construed to mean good, complete, and sufficient service of process] the cause and prejudice Rule] is to protect Ty-Grant Asserts
* Arbitrary Lawless State Action is a direct poor reflection on federal judiciary. * Clearly proved

# Plain Statement

* the U.S. District Court Has Not Issued A Show Cause order on defendants] As Reqnire
* the U.S. District Court. Can Not Perposely Ignore Statute
* Sec 23-47 the defendants] Are to be Summoned to the Court, by Service of Process] upon these Persons by A Rule to Show
* Cause why the writ. has Not been Returned to the District Court
* the plaintiff. As A Matter of Law] Is Specifically seeking this Show Cause order
* From the District Court At Hartford Hon. Judge D. Squatrito Notified
* this motion Is filed
* this complaint which Contains Allegations of Prohibited Conduct. Specifically
* Goverment Illegality] Conduct Prejudicial to due Administration of Justice
* Conduct Prejudicial to Effective Expediant Administration of the Business of the U.S. district Court] which directly Has brought Administration of Justice Into disRepute
* this complaint Includes Conduct Prejudicial to the Impartial Administration of Justice [Vexious Defense] by the Attorney Gen Office And Dist. Atty office In their defense of defendants A. Dabrowski And J. Blue] which brings] the offices Into disRepute] Conduct. that Adversely Affected the orderly Carriage of Justice proved.
* Integrity of Judicial Process Called Into question]
* the district Court In Error dismissed this Case] Can Not Ignore this Pertinent Statute [Preceden t] 268 Conn 541] where plaintiff. Has Relied on the U.S. Marshal.
* to his detriment] this occurrance Its self] gives the Appearance of Impropriety.
* And does Constitute An Unfavorable Judicial Practice] the Court Must Protect the Judicial
* Process] which the defendants] Officials of the Court Have [Abused] the Judicial Process
* Clear And Convincing Evidence of A material misRepresentation] traceable to Chief Clerk defendants Dabrowski] - Blue] K. Rowe. U.S. Marshal] both counsel for defendants Alleged
* Are Knowingly willful partisipants of this scheme to Abuse the Judicial Process] proved
* 7x - Grant Seeking Court Finding of willfulness] to obstruction of Justice] As A matter of Law]
* Notice the U.S. Court of Appeals Intentionally] Ignored these Clear Facts] of Evidence
* the Conn Supreme Court will be Notified of these direct events] In Proceedings

Asserted Const. Art. 14-sec.1 Equal Protection of Law] Similar situated Persons Have been treated differently As A matter of Law] And in the Interest of Fairness And Justice.

* this is A case of substantial Public Importance CGS 52-265(A) *Const Art 10-sec 1*
* Plaintiff. Now Moves the District Court. to Amend Its Decision] A court Action Now to Correct] This substantive mistake In this Judgment] As by Law
* Correcting A menefest Error of Law or Fact Federal Rule Civil Proc. 59(E) *
* Intervening Case Law And Preceedent cited dictates A different Result In Favor of Plaintiff. Tyrone Grant citing 18 USCA 1503] The states Application of obstruction of Justice Covers All Interferences] Alleged with the due Administration] of Justice No matter what means] Employed The Culpability] Still APPLIES] the Court to Act by Law
* The Plaintiff Has met his burden of Proof of material misrepresentation] by Law
* Clear And Convincing Evidence [Concealment of Record] writ. 18 USCA 1506-2071] * Clerk Impaired Its Verity And Availibility] In Dist. Court] With Intent] to deny due Process
* Which the Court takes Judicial Notice 326 F.3d 65] 2d Cir.] Inexcusable default] 116 Conn 29 * Alleged A Right Protected by the Const. Has been Violated by All defendants] Acting under color of Law
* The District Court must Correct Its error In this Judgment] Where Fraud Corruption Proval Obstruction of Justice] Alleged has brought the Administration of Justice Into disrepute *
* The Court Cannot Allow the Lawless state Action] that has Unlawfully defeated this Cause of Action][by defendants officials of the Courts] to shelter gains obtained Improperly
* The Court Cannot disregard the mandamus Relief sought] Now Asserted Peremptor * Another default] by defendants] who Failed to show A sufficient Cause for default] 116 Conn 29 Judicial Notice * ████████ * the Failure of Dist. Court to Adhear to mandamus is A biased decision
* For All the Foregoing Reasons the Plaintiff Respectfully Requests As A matter of Law that the Court grant the motion For ████ mandamus Relief. As Required by Law *
* Pursuant to 28 USCA 1291 motion Is filled For Execution Retention Sum
* Certain 28 million dollars] Fed Rule Civ. Proc. Rule 55(A)(B) to be Entered Against All * defendants As cited 116 Conn 29] In disputable defense] legally Enforceable Statute
  * Plaintiff Tyrone Grant 191 Whalley Ave Suite 181 New Haven CT.

# U.S. District Court of Conn

Dec 28 05

## Tyrone Grant v. A. Dabrowski  3:02-cv-01270(DJS)

### Plaintiff's motion in support of relief sought as a matter of law to the clerk and all parties of record.

And the District Court [the acompaning complaint to this court] * Judicial Notice [the Cause And Prejudice Rule] Applicability] Asserted Alleged. * Nihil dicit, failure to defend [default] Failure to Answer the complaint] A Fact * * A Prima Facia Case of default] Rule 55] (A)(B) U.S. Marshal Return proof of service] A fact] the obstruction of Justice] 18 USCA 1503] C.G.S 10-151] Inherent deprivation of due process] Alleged this Cause] will excuse the procedural lapse] objective factor] to Appeal to prevent case from dismissal] to catch default] that made presentation of Mandamus * relief impractical at the time] such as the reasonable] unavailibilty of the legal and factual basis for mandamus relief] Lawless State Action] Cause And Prejudice Rule * Clearly] Shown] Is to provide protection] from fundamental miscarriage of Justice] that exists * which the District Court takes Judicial Notice] 326 F3d 63 2nd Cir] Allegation tampering with public record 18 USCA 1506] 2071] Model Penal Code 224.4] Clerk K. Rowe concealed writ from court * Alleged Clear And Convincing Evidence. UDAP violation   Tyrone Grant

* See Doctrine of unique circumstances] *.              191 Whalley Ave Suite 181 New Haven Ct
* Excuses untimelyness of motion to reopen *
Court of Appeals held case up for two    F.R. 12-109727 # NHCC 245 Whalley Ave 06511
Years] Failed to Act] Pretermit] Ignored *
Clear facts of default] perposely overlooked     By Tyrone Grant
Alleged manefest Injustice citing mandamus] Now is returned to court for Affirmative Action * b) law
* the specific mandamus court order sought from dist court has not been Ad Heared to by court

Dec 28 05

# U.S. Court of Appeals. Second Circuit.

RoseAnn B. Mackechnie Chief Clerk. [N.H. Clerk] (K. Rowe)
Chief Judge Walker. Request Supervisor Intervention]
✱ Re. Grant v. Dabrowski 03-7147cv-     At Hartford 302-cv01270(DJS)

Please be Advised Tyrone Grant filed this complaint. Against. both Chief Clerk K. Rowe, And Marshal O'Corner [Conspired to
✱ Obstruct Justice by default] 116 conn 29] Rule 4] marshal to serve All writs.
✱ A mandatory statute Rule 4] A law that Required A course of Action] As opposed to merely permitting it. Rule 55 default] Dabrowski failed to defend In default]
✱ the Pinkerton Rule the doctrine Imposes liability] on A conspirator Alleged for All offenses committed In furtherance of the conspiracy] Even If these offenses Are Actually] Performed by Co. conspirators] Pinkerton v. U.S. 328 US 640 66 SCt 1180] 1946] spontaneous declaration Evidence A statement by U.S. Marshal [Exists
✱ Bardell; made without] time to Reflect or Fabricate] And Is Related to the (Very) core circumstance of the Perceived occurrence] the Court of Appeals failed to Remand] the
✱ case back to Hartford] Intervening case Law] dictates A different Results] by Law ✱ the Special Facts Rule Exists] Special duty doctrine the Rule that A governmental entity the U.S. Marshal - or Chief Clerk] Acting Under color of State, Federal Law] by the State or municipality] can be held liable for Individual Plaintiff Injury] when the entity
✱ Alleged owed A duty] to Plaintiff by Rule 4] Statute 116 conn 29] Special duty doctrine ✱ Applies (only) when Plaintiff has Reasonably Relied on the government entity]
✱ Assumption of the duty] As Proscribed by Ad formation Statute As A matter of Law]
✱ Alleged Clerk K. Rowe crime tampering with the Record (writ) With Intent to deceive ✱ concealed from the Court At Hartford] Contrary to Statute 268 conn App 54 ] Public Injury Violation of Public trust] 18 USCA 1506-2071] model Penal Code 224.4] Cited Clerk Impaired the Lawful writs] Verify And Availability] for the Grant v. Dabrowski case] Obstructing ✱ Justice In default] Constituting Inherent deprivation of due process] Clearly shown

Dec 23 05

# U.S. Marshal. Headquaters. Virginia. Office

Tyrone Grant. 191 Whalley Ave Suite 181 New Haven CT 06511

Files A direct complaint. to U.S. marshals Headquaters.

Leving A direct complaint Against the New Haven CONN Office the U.S. District Court 141 Church ST. Office in Repute Alleged ✱
✱ the U.S. marshal occorner. And his deputy marshals. Who Allegedly
✱ Failed to Return A Lawful writ. to the District Court IN Hartford ✱
As Required by Rule 4 | A public duty owed by U.S. marshal Office | Violated
✱ U.S. Marshal Failure to Return writ. Is A default Neglect With IN the
Statute 116 CONN 29 | this Allegation And occurrance | Implies more than
Unintentional or Inadvertance | Inexcusable Neglect | by U.S. Marshal
✱ Ty-Grant suffered Irreparrible Harm | Corrective Action Is demanded ✱
A statatory violation of Rule 4. | occurred A public Injury sustained by Ty-Grant.
✱ Gross Negligence Alleged Lack of diligence or care | A conscious Act. omission
IN Reckless disregard of A Legal duty | by Marshal Office | And of Conseguenees
of default Rule 55 | Statutory violation 116 CONN 29 | of Rule 4 | damages sought |
✱ Unjustifiable Neglect of duty | obstruction of Justice 18 USC 1503 | Applicability ✱
✱ U.S. marshal occorner And deputy | Conspired In default | with Chief Clerk
K. Rowe | District Atty occorner | And defendants | A. Dabrawski J. Blue | Alleg
to destroy Tyrone Grant Valid Cause of Action | Allowed by the Court | to be served
✱ the First Instances the U.S. marshal Is Held directly Accountable by Law |
③ Negligence IN Law | Failure to observe A duty Imposed by Law | A devise to Allow ✱
defendant by Corruption | In default to Fail to Answer this Complaint | Now prove

two years] 2nd Cir. Court of Appeals Stalled And delayed Pretermit. Ignored Facts] Purposely]

## Certification

Re Dabrawski - 302-cv 01270 D.J.S. At Hartford Ct.

this to Certify A case of substantial Public Interest 52-265 A)
because of default citing 268 Conn 541] this case Can Not be dismissed
TY-Grant Rely on the U.S. Marshal to his detriment Alleged.*

* the U.S. Marshal Head quarters In Virginia] Now Fully Notified Dec 28 05
* the office In Conn Bardellie Has this full Knowledge] did Not Act by Law

the District Court At Hartford Now Presented with this complaint] for Action

* the chief Judge of Court of Appeals Hon. Judge Walker Fully Notified *
* the U.S. Atty-Gen office In Washington D.C. will Now get this direct Responce And complaint Against All Named defendants] For obstruction of Justice Alleged
* Charges to be brought Against them to the Fullest Extent Practical by Law *
* Conn Atty-Gen Has the Full Knowledge And completely] Failed to Act]

the District Atty. K.O.Conner] directley Intended to obstruct Justice] And
* directly continues to cover up his office default] And direct liability **
* A written demand For Sum certain] 2.8 million] And Sanction For vexious defens
* Certificate of service Pro se. Tywno Grant. 191 Whalley Ave suite 151 New Haven
Ct 06511 —    NHCC 245 Whalley Ave 109727-CC2

* Respectfully submitted Thank you Sincerly I Remain

    Tywno P. Grant            Dec 28. 05

* Delayed Justice Is a disappointment And A poor Reflection on Federal Judiciary *

## Certification

this is to certify All parties Notified

U.S. District Court 450 main St Hartford Ct

U.S. Court of Appeals 40 Foley Sq NY NY 10007 Chief Judge Walker

Conn Atty-Gen R. Blumenthal defendant J. Blue 55 Elm St Hartford Ct P.o. box 120 Ct 06141-0120

Dist Atty K BoCorner 157 Church St 23d Fl New Haven Ct 06511 defendant Dabrowski

the Chief Clerk - K Rowe] U.S. Marshal Bardelli 141 church St NH defendants

✱ Certificate of service by Pro Se Plaintiff Tyrun P Dent 19 Whalley Ave NH Ct · 245 Whalley Ave NHCC 109727 #FR12

Respectfully submitted thank you Sincerely I Remain Jan 11.06

Tyrun P Dent

✱ U.S. Attorney General Dept of Justice Washington D.C. 20530-1000 Hon Gonzales Notified of direct violation of open court provision] Const Art 10 sec 1]

✱ U.S. Marshal office in Virginia is being Notified the D.R. office

✱ Complaint filed for violation of open court provision Const. Art. 10. sec. 1] directly Affected ✱ Judicial Notice] which the courts] take Judicial Notice 326 F 3d 63] 2nd Cir.

✱ the Integrity of the Judicial Process is called into question] Reflecting Fed. Judiciary ✱
✱ A Federal deprivation of A due Process Right continues to exists today As Alleged

ST. OF CT., DEPT OF CORRECTION

This correspondence originated from an inmate at a Connecticut Correctional Facility

Legal Mail

U.S. District Court
450 main St Hartford Ct 06103
Clerk office

$00.63