**FORM 2**

### UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

2005 MAR -6  A 11: 54

_Tyrone Grant_

v.

_DabrawsKi_

CIVIL CASE NO.

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), _Tyrone Grant_ respectfully requests leave

(appealing party)

to file the within notice of appeal out of time. _____ desires to appeal

(appealing party)

the judgment in this action entered on _Feb 6,06_, but failed to file a notice of appeal

within the required number of days because:

**EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.**

_Change of Address Just Got Notice of dismissal_

_____

Signature

_Tyrone Grant_

Print Name

_Pobox 98 Gilman Ct_
_06336_

Address

Date: _Feb 26 06_

_____

Telephone Number

Note: You may file this form, together with a copy of Form 1 [Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1 [Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.



Dwayne Egian # Pobox 98 Gilman Ct 06836

U.S. District Court

450. Main St Hartford Ct
Clerk office  DWD 3

Att: Barbra
Civil clerk