FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Tyrone Grant

v.

Dabrawski

CIVIL CASE NO.

3:02CV1270 DJS

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Tyrone Grant__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

_____

_____

2. The Judgment /Order in this action was entered on __Feb 8, 06__.
(date)

_____
Signature

__Tyrone Grant__
Print Name

__PO box 98 Gilman Ct__
__06336__
Address

Date: __Feb 6, 06__

_____
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).



Tyron E Grant po box 98 Gilman Ct 06336

U.S. District Court
450 Main St Hartford ct 06103
Clerk office
Att, Barbra
civil clerk