UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYRONE P. GRANT<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:02-CV-01270 (DJS)<br>: |
| v. | : |
| HON. A. DABRAWSKI, ET AL.<br>*Defendants* | :<br>: June 28, 2006 |

## DEFENDANT'S OPPOSITION TO MOTION

In December 2002, this Court granted the defendants' motion to dismiss this action and entered judgment in their favor. The *pro se* plaintiff filed several motions seeking to avoid that judgment, which this Court denied, and the plaintiff ultimately appealed the judgment to the Second Circuit in January 2003. The Second Circuit affirmed this Court's judgment in December 2004. Following that affirmance, the plaintiff sought to reopen the judgment, apparently alleging that it was "procured by fraud." This Court denied that motion as untimely. The plaintiff now files this "emergency motion en banc to have appeal vacated – case remand."

The plaintiff's motion is without merit. To the extent he seeks to have this Court vacate the Second Circuit's decision, this Court lacks the ability to do so. To the extent he seeks to have the Court reopen the underlying judgment, this motion is even more untimely than the motion this Court previously dismissed as untimely and should be denied for the reasons set forth in the Court's prior decision and the defendant's opposition to that previous motion, incorporated by reference herein. Docket No. 28.

## CONCLUSION

For the foregoing reasons, the below defendant respectfully requests that this Court deny the plaintiff's motion.

DEFENDANT

HON. J. BLUE

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert J. Deichert
Assistant Attorney General
Federal Bar Number CT24956
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5020
Fax: (860) 808-5347
Robert.Deichert@po.state.ct.us

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, this 28th day of June, 2006 to:

Tyrone P. Grant
Inmate # 109727
Connecticut Valley Hospital
PO Box 351, Silver Street
Battel 4 South
Middletown, CT 06457

Tyrone P. Grant
Inmate # 109727
New Haven Correctional Center
245 Whalley Ave.
New Haven, CT 06511

U.S. Court of Appeals
Office of the Clerk
U.S. Courthouse
Foley Square
New York, NY 10007

                            Robert J. Deichert
                            Assistant Attorney General