UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TYRONE GRANT, | : | 3:02CV1270 (DJS) |
|     Plaintiff, | : | |
| -v- | : | |
| | : | |
| JUDGE ALBERT S. DABROWSKI, | : | |
| JUDGE JON C. BLUE, | : | |
|     Defendants. | : | |

## ORDER

Now pending before the court is pro se plaintiff Tyrone Grant's ("Grant") "emergency motion en banc[] to have appeal vacated - case remand." (Dkt. # 33). To the extent Grant seeks to have this court order the Court of Appeals for the Second Circuit to sit en banc, this court lacks the authority to do so. In addition, this court lacks the authority to vacate the mandate issued by Court of Appeals for the Second Circuit on October 12, 2004.

To the extent that Grant seeks to have this court vacate its order of February 8, 2006, the court declines to do so. Accordingly, Grant's motion **(dkt. # 33)** is **DENIED**.

IT IS SO ORDERED at Hartford, Connecticut, this 7th day of July, 2006.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE